# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 92CR0098-H |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT AND ORDER OF DISMISSAL |
| BISMARK BARRIENTOS-ALLENDE (4), | ) | |
| Defendant. | ) | |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Bismark Barrientos-Allende. The defendant is hereby discharged as to this case only and the bench warrant is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.


DATED: July 15, 2016

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-