# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BISMARK BARRIENTOS-ALLENDE (4),<br><br>　　　　　　　Defendant. | Case No. 92CR0098-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

　　　Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Bismark Barrientos-Allende. The defendant is hereby discharged as to this case only and the bench warrant is hereby recalled.

　　　IT IS SO ORDERED AND ADJUDGED.

DATED: July 15, 2016

　　　　　　　　　　　　　　　　　　　HONORABLE MARILYN L. HUFF
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE